IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JPMORGAN CHASE BANK NA**                                                                APPELLANT

v.                              **3:11-CV-00249-BRW**
                                        **(LEAD CASE)**

**DANIEL L JOHNSON et al.,**                                                              APPELLEES

---

**JPMORGAN CHASE BANK NA**                                                                APPELLANT

v.                              **3:11-CV-00250-BRW**
                                   **(CONSOLIDATED CASE)**

**TRACY LEA ESTES**                                                                        APPELLEE

---

**JPMORGAN CHASE BANK NA**                                                                APPELLANT

v.                              **3:11-CV-00251-BRW**
                                   **(CONSOLIDATED CASE)**

**TAMMY RENAE PEEKS**                                                                      APPELLEE

### ORDER

Pending is a Joint Motion to Consolidate for Hearing and Coordinated Briefing Schedule (Doc. No. 10).[1] For the following reasons, the Motion is GRANTED in part and DENIED in part. The parties seek to consolidate 5 cases: 3 cases that are on appeal from bankruptcy,[2] a case seeking class certification,[3] and a separate case filed on behalf of a single plaintiff.[4] At this time,

---

[1] In 3:11-cv-250-BRW the Motion is found in Doc. No. 15, and in 3:11-cv-251-BRW the Motion is found in Doc. Nos. 4 and 11.

[2] 3:11-cv-249-BRW, 3:11-cv-250-BRW, and 3:11-cv-251-BRW.

[3] 3:11-cv-198-BRW.

[4] 3:11-cv-172-BRW.

consolidation of this case with the two other bankruptcy cases is appropriate and would serve the interests of judicial economy. However, consolidation with case numbers 3:11-cv-172 and 3:11-cv-198 is not appropriate at this time and would not serve the interests of judicial economy. Therefore, the Motion is GRANTED in part and DENIED in part.

    IT IS SO ORDERED this 22nd day of December, 2011.

                                    /s/Billy Roy Wilson
                              UNITED STATES DISTRICT JUDGE